UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHERYL ANN MERRILL,

    Plaintiff,

v.                                        Case No: 6:16-cv-1984-Orl-40GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 21) filed on October 5, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that a Joint Statement of no objection was filed, (Doc. 23), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 19, 2017 (Doc. 22), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Uncontested Motion for Attorney's Fees (Doc. 21) is **GRANTED IN PART AND DENIED IN PART**.

3. The motion is **GRANTED** only to the extent that the Court awards EAJA attorney's fees to Plaintiff, as the prevailing party, in the sum of **$3,186.75**.

4. Otherwise, the motion is **DENIED**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 7, 2017.

*[Signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties