# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CHERYL ANN MERRILL,

        Plaintiff,

v.                                                                   Case No: 6:16-cv-1984-Orl-40GJK

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## **ORDER**

        This cause is before the Court on Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee and Memorandum on Reasonable Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 33) filed on January 14, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

        After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Statement in Response to the Report and Recommendation (Doc. 35), noting neither party has any objections to the Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

        Therefore, it is **ORDERED** as follows:

        1.    The Report and Recommendation filed February 6, 2019 (Doc. 34), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee and Memorandum on Reasonable Fees Pursuant to 42 U.S.C. 406(b) (Doc. 33) is **GRANTED**. An award of **$4,555.00** in attorney's fees is reasonable.

**DONE AND ORDERED** in Orlando, Florida on February 11, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties